D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
BRIAN FISCHLER, Individually and on behalf of all :
other persons similarly situated, :
:
                Plaintiffs, : Case No. 19-cv-00119 (NGG)(SMG)
:
v. :
:
STITCH FIX, INC. :
:
                Defendant. :
---------------------------------------------------------------x

## JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff BRIAN FISCHLER ("Plaintiff") and Defendant Stitch Fix, Inc. ("Defendant") stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety, with the Court to retain jurisdiction over the parties and the action until April 16, 2021 for the sole purpose of enforcement of the parties' obligations under Section 2(C) of the parties' Confidential Settlement Agreement and Release of Claims. Section 2(C) of the Confidential Settlement Agreement and Release of Claims reads as follows:

    Defendant shall, within twenty-four (24) months of the Effective Date ("the Remediation Period"), use good faith efforts to cause those portions of the Website and mobile app that are covered by Title III of the ADA to be in a condition or state that allows individuals with disabilities within the meaning of the ADA to gain the same information with an ease of use substantially equivalent to that of a non-disabled person using the Website and/or mobile app ("ADA Compliant"). The Parties agree that being in substantial conformance with WCAG 2.0 Level AA or WCAG 2.1 shall constitute "ADA Compliant," but that substantial conformance with WCAG 2.0, Level AA or WCAG 2.1 is neither the test for ADA Compliance nor the sole method of achieving ADA Compliance. The Parties further agree that, notwithstanding anything contained in this provision or in this Agreement, the Website and mobile app shall be permitted to link to websites owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals with disabilities. The Parties further agree that ADA Compliant shall include substantial conformance with any standard later established or recognized by the United States Supreme Court, any U.S. Circuit Court of Appeals or the U.S. Department of Justice.

(The term "Third-Party Content" refers to web content that is not developed, owned, or operated by Stitch Fix.) However, if a judicial, legislative or regulatory body enacts any legislation or rule, or if the United States Supreme Court, the U.S. Circuit Court of Appeals for the Second Circuit, or a New York State appellate court renders a decision, pursuant to which the Website and/or mobile app is/are not considered a place of public accommodation or business establishment under the Disability Laws, it is understood that Stitch Fix will be relieved of the obligations set forth in this Section 2(C). If Stitch Fix's ability to meet the deadline for compliance with this Section 2(C) is delayed by third-party vendors, acts of God, force majeure or other reasons that are outside of Stitch Fix's control, the Parties' respective counsel shall meet and confer regarding an extended deadline. If the Parties cannot reach an agreement regarding an extended deadline after such meet-and-confer efforts, either Party will have the right to seek judicial relief.

Following the Remediation Period, Stitch Fix shall, either on its own or through a third party vendor, monitor the Website and mobile app on a periodic basis to ensure that they continue to be ADA Compliant.

Each party shall bear her or its own fees, costs and attorneys' expenses.

Respectfully submitted,

DATED: April 29, 2019

**LIPSKY LOWE LLP**

By: _____
Douglas Lipsky, Esq.
630 3rd Avenue, Fifth Floor
New York, NY 10017-6705
Tel: 212.392.4772
doug@lipskylowe.com

*Attorneys for Plaintiff*

DATED: April 30, 2019

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: _____
Jamie Haar, Esq.
599 Lexington Avenue, 17th Floor
New York, NY 10022
Tel: 212.492.2500
Fax: 212.492.2501
jamie.haar@ogletreedeakins.com

*Attorneys for Defendant*

So ordered;
/s/ Nicholas G. Garaufis
5/1/19

37804413.1

2